**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THOMAS ROSZAK, | ) | Case No. 10-24326 |
| Debtor. | ) | Hon. Eugene R. Wedoff |

## <u>NOTICE OF MOTION</u>

TO:     ALL ECF REGISTRANTS and by first class mail to:
Thomas Roszak, 5 Rolling Ridge Road, Northfield, IL 60093-1013
America's Servicing Company, c/o Mccalla Raymer, LLC, Bankruptcy Department
    1544 Old Alabama Road, Roswell, Ga 30076
Janette Castillejos, Home Retention Customer Relations, Hrd, 450 American Street,
    Simi Valley, CA  93065
Benjamin T Johnson, Illinois Attorney General, 100 West Randolph St, Floor 11
    Chicago, IL 60601
Michelle G Novick, Arnstein & Lehr LLP, 120 South Riverside Plaza, Suite 1200,
    Chicago, IL 60606
Lauren Newman, Thompson Coburn, 55 East Monroe St, 37th Floor, Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **NOVEMBER 17, 2010** at **9:30 AM**, the undersigned will appear before the Honorable Eugene R. Wedoff in the Courtroom 744 at the Dirksen Federal Building located at 219 South Dearborn Street Chicago, IL, and shall then and there present the **FINAL APPLICATION FOR ALLOWANCE AND PAYMENT FOR COMPENSATION AND EXPENSE REIMBURSEMENT**, a copy of which is attached hereto and served upon you, at which time you may appear.

By:     /s/ Deborah K. Ebner

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

## <u>CERTIFICATE OF SERVICE</u>

I, Deborah K. Ebner, an attorney, certify that I caused copies of the foregoing Notice and document described therein to be served upon the parties listed on this Notice as indicated above and electronically to those registered to receive such notice for this case October 22, 2010.

/s/Deborah K. Ebner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THOMAS ROSZAK, | ) | Case No. 10-24326 |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**FINAL APPLICATION FOR ALLOWANCE AND
PAYMENT FOR COMPENSATION AND EXPENSE REIMBURSEMENT**

Deborah K. Ebner of the Law Office of Deborah Kanner Ebner (hereinafter referred to as "Ebner Law Office"), Counsel for Debtor Thomas Roszak (the "Debtor"), requests that this Honorable Court enter an order, pursuant to Sections 330 and 331 of the Bankruptcy Code, to allow the claim of the Ebner Law Office for final fees and expenses as an administrative expense of this estate. In support thereof, the Ebner Law Office states as follows:

1.      On May 27, 2010, the Debtor filed a voluntary petition under Chapter 11 of Title 11, United States Code, thereby commencing the above-captioned Chapter 11 case.

2.      No committee of unsecured creditors has been formed in the Chapter 11 Case.

3.      This Chapter 11 case was preceded by Mr. Roszak's Chapter 7 case which pended as Case No. 09-20473, and, in which he received a full discharge of all indebtedness.  This Chapter 11 case was filed for the sole purpose of renegotiating the in rem debt which remained on the Roszak residence, the common address of which is 5 Rolling Ridge Road, Northfield, IL 60093.

4.      Movant has accomplished the goal of this Chapter 11 case, and, contemporaneously herewith, files and presents a motion for structured dismissal.

<u>Services Rendered</u>

5.      From May 27, 2010 through November 17, 2010 (the "Application Period"), Ebner Law Office has rendered 80 hours of legal services on behalf of the Debtor. This time includes one hour of time estimated to be rendered after submission of this Application.  For

2

these services, the Ebner Law Office seeks $29,550.00 as and for legal compensation.

6.    Legal services for which Ebner Law Office presently seeks compensation on behalf of the Debtor are categorized into six (6) categories. Summarized below by category are the services rendered by Ebner Law Office during the period covered by this Application:

6.1    Automatic Stay Violations Issues: Time expended in this category consists of negotiations with the City of Evanston to terminate pursuit of Thomas Roszak as named defendant in certain litigation that was initiated subsequent to the petition date.

Ebner Law Office expended 2.20 hours and requests allowance and payment of $825.00 in satisfaction thereof.

6.2    Case Administration: Ebner Law Office advised the Debtor of its bankruptcy duties and options, including discussion of its financing Chapter 11 operational requirements and budgeting.  Ebner Law Office assisted the Debtor in its preparation of its bankruptcy schedules, Statement of Financial Affairs and other necessary reports and documentation. Ebner Law Office represented the Debtor in various meetings with the Office of the United States Trustee and other attorneys regarding general issues, concerns and case status. In connection with the foregoing, Ebner Law Office spent 19.8 hours for which it requests allowance and payment of compensation in the amount of $7,425.00.

6.3    Claims Administration: Ebner Law Office addressed certain issues relative to determining the extent and validity of claims, and commenced and in part concluded negotiations with regard to these claims. In connection with the foregoing, Ebner Law Office spent 20.2 hours for which it requests allowance and payment of compensation in the amount of $7,132.50.

6.4    Fee/Employment Applications: Ebner Law prepared and presented the Debtor's motion to retain general counsel and special counsel. This time includes attendance at court

hearings in connection with the applications to retain. The time also includes the time spent in preparation of the instant motion. In connection with the foregoing, Ebner Law Office spent 3.6 hours for which it requests allowance and payment of compensation in the amount of $1,342.50.

6.5    Litigation:   The time spent by Ebner Law Office in this category relates to the review of Attorney General's stay lift motion. This time includes the preparation, research and court time for a hearing on the stay lift motion. In connection with the foregoing, Ebner Law Office spent .70 hours for which it requests allowance and payment of compensation in the amount of $262.50.

6.6 Plan & Disclosure Statement: Time expended in this category includes development of various exit strategies from Chapter 11 for this unique Chapter 11 filing: strategies included a mortgage modification in the form of a sale under 11 U.S.C. § 363, a traditional plan of reorganization and disclosure statement, and finally, a structured dismissal.  In addition, this category includes all time expended in negotiation with Bank of America for modification of its first mortgage position against the Roszak residence and a strip off of the second mortgage lien of $1,000,000.00.  These negotiations have been successful and Mr. Roszak is filing a motion to dismiss this Chapter 11 case. Ebner Law Office spent 33.5 hours and seeks compensation in the amount of $12,562.50 for this service.

7.    An itemized and detailed statement of the services rendered by Ebner Law Office during the Application Period, by category, is attached hereto as **Exhibit A**.

8.    Ebner Law Office regularly made and kept records of services on behalf of the Debtor, including a summary or description of the services rendered, the date the services were rendered and the time expended to render the services, in one-tenth hour increments.

9.    The records were made by Deborah K. Ebner who rendered the services at

or about the time the services were rendered, by means of direct entry into a computerized time and billing system maintained by the Ebner Law Office.

10.     Deborah K. Ebner is an Attorney who has been duly licensed by the State of Illinois for more than 28 years, and has concentrated her practice in the area of bankruptcy law for almost all of those years.

11.     The Ebner Law Office asks this Court to award final compensation in the amount of $29,550.00 for 80.0 hours of service which the firm has rendered during the Application Period on behalf of the Debtor.

12.     The award Ebner Law Office seeks represents Ebner's billing rate of $375.00 per hour. Attorney Linda M. Kujaca's billing rate is $300.00 per hour.

13.     All services for which Ebner Law Office seeks compensation hereunder were rendered solely on behalf of the Debtor.

14.     The rate of compensation sought by Ebner Law Office for services rendered to the Debtor is <u>well</u> within the parameters of the rates other attorneys of similar experience, expertise and reputation generally seek as compensation for comparable services rendered in connection with the bankruptcy proceedings within this District.

15.     In connection with the performance of the services rendered herein, Ebner Law Office has incurred actual and necessary expenses for which it requests reimbursement in the amount of $600.13. These expenses were rendered primarily in connection with the copying and service of motions and other pleadings filed with this Court as well as PACER charges incurred. All of the expenses for which reimbursement is requested are of a type previously allowed by this Court and other courts in this jurisdiction. A detailed listing of the expenses requested herein is attached hereto as **<u>Exhibit B</u>**.

16.     Ebner Law Office has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement it shall receive for services rendered or expenses incurred on behalf of the Debtor.

17.     No person, firm or entity has promised to provide Ebner Law Office any compensation or reimbursement for services rendered or expenses incurred on behalf of the Debtor.

18.     Except as permitted by Section 504(b) of the Bankruptcy Code, Ebner Law Office has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement it may receive for services rendered or expenses incurred on behalf of the Debtor.

19.     Movant has not filed any prior motions for the allowance of final compensation in the Debtor's chapter 11 case. No court order has been entered allowing monthly payments of professionals, and so Movant has been required to finance the legal fees and expenses of this Chapter 11 case. Immediately preceding the filing of this case, prior to the Petition Date, Movant received a payment in the amount of $4,065.00 for services and $1,039.00 in expenses from the Debtor for  Chapter 11 services rendered and costs incurred for Chapter 11 preparation and the filing fee.  Movant has received no payment, however, for services rendered or costs incurred since on and after the Petition Date.

20.     In light of the contemplated dismissal of this case, in addition to this final compensation and expense reimbursement request, Movant asks leave to file a final request for compensation and expense reimbursement within 30 days of entry of any final award granted pursuant to this application.

**WHEREFORE**, Applicant Deborah K. Ebner of the Law Office of Deborah K. Ebner, respectfully asks this Honorable Court to grant relief, after hearing upon due and proper notice,

as follows:

I.      To award the Law Office of Deborah K. Ebner final compensation in the amount

of $29,550.00;

II.      To award the Law Office of Deborah K. Ebner reimbursement of expenses in the

amount of $600.13; and

III.      To grant Ebner Law Office such other and further relief as the Court upon

hearing shall deem just and equitable.

                                        Respectfully submitted,
                                        THOMAS A. ROSZAK,

                        By:       /s/ Deborah K. Ebner
                                        His Attorney

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
312-922-3838