IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                                    )    Chapter 11
    THOMAS ROSZAK,                              )    Case No. 10-24326
                                     Debtor. )    Hon. Eugene R. Wedoff

## NOTICE OF MOTION

TO:   ALL ECF REGISTRANTS and by first class mail to:
Thomas Roszak, 5 Rolling Ridge Road, Northfield, IL 60093-1013
America's Servicing Company, c/o Mccalla Raymer, LLC, Bankruptcy Department
    1544 Old Alabama Road, Roswell, Ga 30076
Janette Castillejos, Home Retention Customer Relations, Hrd, 450 American Street,
    Simi Valley, CA  93065
Benjamin T Johnson, Illinois Attorney General, 100 West Randolph St, Floor 11
    Chicago, IL 60601
Michelle G Novick, Arnstein & Lehr LLP, 120 South Riverside Plaza, Suite 1200,
    Chicago, IL 60606
Lauren Newman, Thompson Coburn, 55 East Monroe St, 37th Floor, Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **NOVEMBER 17, 2010** at **9:30 AM**, the undersigned will appear before the Honorable Eugene R. Wedoff in the Courtroom 744 at the Dirksen Federal Building located at 219 South Dearborn Street Chicago, IL, and shall then and there present the **FINAL APPLICATION FOR ALLOWANCE AND PAYMENT FOR COMPENSATION AND EXPENSE REIMBURSEMENT**, a copy of which is attached hereto and served upon you, at which time you may appear.

                                                        By:   /s/ Nancy A. Temple

Nancy A. Temple (ARDC No. 6205448)
Katten & Temple LLP
542 S. Dearborn Street
Suite 1060
Chicago, Illinois 60605
312-663-0800

## CERTIFICATE OF SERVICE

    I, Nancy A. Temple, an attorney, certify that I caused copies of the foregoing Notice and document described therein to be served upon the parties listed on this Notice as indicated above and electronically to those registered to receive such notice for these cases October 27, 2010.

                                                             /s/Nancy A. Temple

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THOMAS ROSZAK, | ) | Case No. 10-24326 |
| Debtor. | ) | Hon. Eugene R. Wedoff |

## FINAL APPLICATION FOR ALLOWANCE AND PAYMENT FOR COMPENSATION

Nancy Temple of Katten & Temple LLP (hereinafter referred to as "Katten & Temple"), Counsel for Debtor Thomas Roszak (the "Debtor"), requests that this Honorable Court enter an order, pursuant to Sections 330 and 331 of the Bankruptcy Code, to allow the claim of Katten & Temple for fees as an administrative expense of this estate. In support thereof, Katten & Temple states as follows:

1. On May 27, 2010, the Debtor filed a voluntary petition under Chapter 11 of Title 11, United States Code, thereby commencing the above-captioned Chapter 11 case.

2. No committee of unsecured creditors has been formed in the Chapter 11 Case.

3. This Chapter 11 case was preceded by Mr. Roszak's Chapter 7 case which pended as Case No. 09-20473, and, in which he received a full discharge of all indebtedness. This Chapter 11 case was filed for the sole purpose of renegotiating the in rem debt which remained on the Roszak residence, the common address of which is 5 Rolling Ridge Road, Northfield, IL 60093.

### Services Rendered

4. From May 27, 2010 through October 14, 2010 (the "Application Period"), Katten & Temple has rendered 51.55 hours of legal services on behalf of the Debtor. For these services, Katten & Temple seeks $10,125.00 as and for legal compensation.

5. Legal services for which Katten & Temple presently seeks compensation on behalf of the Debtor are litigation services rendered during the period covered by this

Application:

<u>Defense of People v. Roszak, et al.</u>: Debtor is a defendant in a civil case pending the Chancery Court of Cook County for which this Court has previously granted an agreed motion for relief of the automatic stay so that the People of the State of Illinois may proceed with this case against Debtor. Katten & Temple has provided the following litigation legal services during the period: court appearances, responding to discovery requests, drafting discovery requests, reviewing discovery responses and pleadings filed by co-defendants, analyzing and drafting contribution and indemnification claims against third parties, reviewing approximately 15 bankers' boxes of Debtor's documents for privilege and production, conferences with the Debtor, negotiations with the Illinois Attorney General's office regarding potential settlement, arranging for a mediator and preparing for mediation.

Katten & Temple expended 51.55 hours and requests allowance and payment of $10,125.00 in satisfaction thereof.

6. An itemized and detailed statement of the services rendered by Katten & Temple during the Application Period, by category, is attached hereto as **Exhibit A**.

7. Katten & Temple regularly made and kept records of services on behalf of the Debtor, including a summary or description of the services rendered, the date the services were rendered and the time expended to render the services, in one-tenth and quarter-hour hour increments as appropriate.

8. The records were made by Nancy Temple who rendered the services at or about the time the services were rendered, by means of direct entry into a computerized time and billing system maintained by Katten & Temple.

9. Nancy A. Temple is an Attorney who has been duly licensed by the State of

Illinois for 20 years, and has concentrated her practice in the area of civil litigation for almost all of those years.

10. Katten & Temple asks this Court to award interim compensation in the amount of $10,125.00 for 51.55 hours of service which the firm has rendered during the Application Period on behalf of the Debtor.

11. Nancy Temple has agreed to reduce her billing rate to $300.00 per hour. The billing rates of other attorneys who worked on this matter are: William Ejzak, a duly licensed attorney with the firm and with 19 years of legal experience, has a billing rate of $275 per hour; and Scott Gilbert, a duly licensed attorney who has practiced for two years, has a billing rate of $150 per hour.

12. All services for which Katten & Temple seeks compensation hereunder were rendered solely on behalf of the Debtor.

13. The rate of compensation sought by Katten & Temple for services rendered to the Debtor is well within the parameters of the rates other attorneys of similar experience, expertise and reputation generally seek as compensation for comparable services rendered in connection with litigation proceedings within this District.

14. Katten & Temple has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement it shall receive for services rendered or expenses incurred on behalf of the Debtor.

15. No person, firm or entity has promised to provide Katten & Temple any compensation or reimbursement for services rendered or expenses incurred on behalf of the Debtor.

16. Except as permitted by Section 504(b) of the Bankruptcy Code, Katten & Temple

has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement it may receive for services rendered or expenses incurred on behalf of the Debtor.

17. No court order has been entered allowing monthly payments of professionals, and so Movant has been required to finance the legal fees and expenses of this Chapter 11 case. In the period from July 2009 to May 2010, prior to the Petition Date, Movant received total payments in the amount of $10,425.00 for services and $7,362.40 for expert consulting expenses and $329.00 for court filing fees from the Debtor for litigation services rendered in connection with the case described above. Movant has received no payment, however, for services rendered or costs incurred since on and after the Petition Date.

**WHEREFORE**, Applicant Nancy A. Temple of Katten & Temple LLP respectfully asks this Honorable Court to grant relief, after hearing upon due and proper notice, as follows:

I.  To award Katten & Temple LLP final compensation in the amount of $10,125.00;

II. To allow, and order the Debtor to disburse to Katten & Temple LLP the foregoing, on an ongoing basis as cash flow permits;

III. To grant Katten & Temple LLP such other and further relief as the Court upon hearing shall deem just and equitable.

                                          Respectfully submitted,
                                          THOMAS A. ROSZAK,

                        By:      /s/ Nancy A. Temple
                                His Attorney

Nancy A. Temple (ARDC No. 6205448)
Katten & Temple LLP
542 S. Dearborn St., Suite 1060
Chicago, Illinois 60605
312-663-0800

**Katten & Temple LLP**
542 S. Dearborn St.
Suite 1060
Chicago, Illinois 60605

| Invoice Date: | 8/3/2010 |

Invoice #: 2945

**Bill To:**

Thomas Roszak
P.O. Box 8528
Northfield, IL 60093

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/19/2010 | WME | Court appearance before Judge Kinnaird for status | 1 | 275.00 | 275.00 |
| 7/20/2010 | WME | Revise Roszak's answers and objections to People's Requests for Admission of Fact | 2 | 275.00 | 550.00 |
| 7/20/2010 | WME | Research and draft Roszak's response to DeGraf's motion to dismiss third party complaint | 2 | 275.00 | 550.00 |
| 7/26/2010 | SG | Review Roszak documents for privilege prior to production | 3 | 150.00 | 450.00 |
| 7/26/2010 | SG | Identify relevant subcontractors from file review | 0.5 | 150.00 | 75.00 |
| 7/26/2010 | WME | E-mail to N. Temple regarding discovery issues for 7/27 status before Judge Kinnaird | 0.1 | 0.00 | 0.00 |
| 7/27/2010 | NAT | Attend court status regarding discovery and mediation issues | 0.5 | 300.00 | 150.00 |
| 7/27/2010 | NAT | Review Roszak documents for production with S. Gilbert | 0.5 | 150.00 | 75.00 |
| 7/27/2010 | SG | Review Roszak documents for privilege prior to production | 4 | 150.00 | 600.00 |
| 7/27/2010 | SG | Identify relevant subcontractors from Roszak files | 0.25 | 150.00 | 37.50 |
| 7/28/2010 | SG | Review Roszak documents for privilege and production | 3 | 150.00 | 450.00 |
| 7/29/2010 | NAT | OC S. Gilbert re privileged documents | 0.25 | 300.00 | 75.00 |
| 7/29/2010 | NAT | Follow up with T. Roszak re documents responsive to document requests | 0.25 | 300.00 | 75.00 |
| 7/29/2010 | SG | Review documents for privilege prior to production | 5 | 150.00 | 750.00 |
| 7/30/2010 | SG | Review documents for privilege prior to production | 6 | 150.00 | 900.00 |
| 7/31/2010 | SG | Review documents for privilege prior to production | 5 | 150.00 | 750.00 |



| | |
|---|---|
| **Current Invoice** | $5,762.50 |
| **Payments/Credits** | $0.00 |
| **Outstanding Balance** | $5,762.50 |

**Katten & Temple LLP**
542 S. Dearborn St.
Suite 1060
Chicago, Illinois 60605

Invoice Date: 9/1/2010

Invoice #: 2993

**Bill To:**

Thomas Roszak
P.O. Box 8528
Northfield, IL 60093

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/2/2010 | WME | E-mails and T/conf with Rob Boroff regarding DeGraf's request for one additional day to file Reply in Support of Motion to Dismiss | 0.1 | 0.00 | 0.00 |
| 8/2/2010 | NAT | Emails with plaintiff's counsel re document production issues | 0.2 | 0.00 | 0.00 |
| 8/2/2010 | SG | Review Roszak documents for production with plaintiffs' counsel | 1 | 150.00 | 150.00 |
| 8/3/2010 | NAT | Telephone conference with assistant attorney general regarding Roszak's production of documents | 0.3 | 300.00 | 90.00 |
| 8/4/2010 | NAT | Conference with T. Roszak regarding production of documents | 0.2 | 0.00 | 0.00 |
| 8/4/2010 | NAT | Attend court status before Judge Kinnaird regarding the status of discovery and mediation | 0.5 | 300.00 | 150.00 |
| 8/5/2010 | NAT | Emails with plaintiffs' counsel re mediation issues | 0.1 | 0.00 | 0.00 |
| 8/9/2010 | WME | Preparation for and oral argument before Judge Kinnaird on DeGraf's motion to dismiss Roszak's counterclaims | 2 | 275.00 | 550.00 |
| 8/18/2010 | NAT | Emails with plaintiffs' and co-defendants' counsel regarding possible mediator and scheduling of mediation | 0.3 | 300.00 | 90.00 |
| 9/1/2010 | SG | Review Roszak files for documents relating to architect | 0.7 | 150.00 | 105.00 |

| | |
|---|---|
| **Current Invoice** | $1,135.00 |
| **Payments/Credits** | $0.00 |
| **Outstanding Balance** | $1,135.00 |

**Katten & Temple LLP**
542 S. Dearborn St.
Suite 1060
Chicago, Illinois 60605

| Invoice Date: | 9/21/2010 |

Invoice #: 3078

**Bill To:**

Thomas Roszak
P.O. Box 8528
Northfield, IL 60093

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/7/2010 | SG | Review Roszak files for subcontractor contracts | 1.5 | 150.00 | 225.00 |
| 9/10/2010 | NAT | TC T. Roszak regarding status of settlement discussions | 0.3 | 300.00 | 90.00 |

| Current Invoice | $315.00 |
|---|---|
| Payments/Credits | $0.00 |
| Outstanding Balance | $315.00 |

**Katten & Temple LLP**
542 S. Dearborn St.
Suite 1060
Chicago, Illinois 60605

| Invoice Date: | 10/8/2010 |

Invoice #: 3193

**Bill To:**

Thomas Roszak
P.O. Box 8528
Northfield, IL 60093

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/3/2010 | WME | T/conf and email w/R. Boroff regarding amended counterclaims against DeGraf | 0.2 | 0.00 | 0.00 |
| 9/7/2010 | WME | Review Roszak's subcontracts w/Wallin-Gomez to analyze issues regarding cross-claim against Wallin-Gomez | 0.6 | 275.00 | 165.00 |
| 9/9/2010 | WME | Draft Roszak parties' interrogatories to The People, DeGraf, Wallin-Gomez and the Crihfield plaintiffs | 2.5 | 275.00 | 687.50 |
| 9/9/2010 | WME | Draft document requests to The People, DeGraf, Wallin-Gomez and Crihfield plaintiffs | 2 | 275.00 | 550.00 |
| 9/10/2010 | WME | Revise discovery requests to plaintiffs and cross-defendants | 2 | 275.00 | 550.00 |

| | |
|---|---|
| **Current Invoice** | $1,952.50 |
| **Payments/Credits** | $0.00 |
| **Outstanding Balance** | $1,952.50 |

**Katten & Temple LLP**
542 S. Dearborn St.
Suite 1060
Chicago, Illinois 60605

Invoice Date: 10/20/2010

Invoice #: 3198

**Bill To:**

Thomas Roszak
P.O. Box 8528
Northfield, IL 60093

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/2010 | NAT | Draft responses to document requests | 1 | 300.00 | 300.00 |
| 10/1/2010 | NAT | Draft answers to interrogatories | 1 | 300.00 | 300.00 |
| 10/6/2010 | SG | Review documents in Roszak files for defenses in litigation | 1 | 150.00 | 150.00 |
| 10/12/2010 | NAT | Conference with assistant attorney general re amended complaint and mediation | 0.1 | 300.00 | 30.00 |
| 10/12/2010 | NAT | Telephone T. Roszak to discuss amended complaint and mediation | 0.2 | 300.00 | 60.00 |
| 10/14/2010 | NAT | TC with T. Roszak re additional discovery requested by assistant attorney general | 0.2 | 300.00 | 60.00 |
| 10/14/2010 | NAT | TC assistant attorney general to respond to requests for supplemental information from T. Roszak | 0.2 | 300.00 | 60.00 |

| | |
|---|---|
| **Current Invoice** | $960.00 |
| **Payments/Credits** | $0.00 |
| **Outstanding Balance** | $960.00 |