UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 10 B 24326
THOMAS ROSZAK )
)
)
) Chapter 11
Debtor. )
)

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO DEBORAH K. EBNER, DEBTOR'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF ~~FINAL~~ *INTERIM* COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $29,550.00 | TOTAL COSTS REQUESTED: | $600.13 |
| TOTAL FEES REDUCED: | $930.00 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $28,620.00 | TOTAL COSTS ALLOWED: | $600.13 |

TOTAL FEES AND COSTS ALLOWED: $29,220.13

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)     **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: November 17, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

1

Printed: 10/22/10 01:30 PM

Page: 2

# Time Sheet Report

**Trustee:** DEBORAH K. EBNER (330488)
**Period:** 05/27/10 - 10/22/10

| Case No: | 10-24326 | Case Name: | Thomas Roszak (CHP 11) | Petition Date: | 05/27/10 |
|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | EUGENE R. WEDOFF | 341a Meeting: | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | Deborah K. Ebner, Attorney | | | | | |
| | | 06/16/10 | with her options for mortgage modification of first mortgage that will incorporate terms for a strip off of the second line of credit. She has no authority to negotiate the HELOC though and is limited to the first mortgage position. Execute Declaration for amended petition | 0.30 | 375.000 | 112.50 |
| | | 06/22/10 | final edits to motion to modify reporting requirements | 0.40 | 375.000 | 150.00 |
| | | 06/22/10 | overview operating requirements with Tom's accountant | 0.40 | 375.000 | 150.00 |
| | | 06/22/10 | memo to Scott Weingard - accountant re: issues raised by UST re: disposible income | 0.20 | 375.000 | 75.00 |
| | | 06/22/10 | call to Tom re: operating issues | 0.20 | 375.000 | 75.00 |
| | | 06/23/10 | ct appearance on Motions to modify reporting requirements and set bar date. Also on the record discussion re: "Order" authorizing discussion with BOA... I ordered the transcript. | 0.50 | 375.000 | 187.50 |
| | | 06/24/10 | e-mail back to UST re: David G's disposable income comments. | 0.10 | 375.000 | 37.50 |
| | | 06/24/10 | e-mail to Tom re: modification of filing requirement order | 0.10 | 375.000 | 37.50 |
| | | 07/06/10 | case overview with Steve Wolfe re: open items | 0.40 | 375.000 | 150.00 |
| | | 07/06/10 | letters to Steve Wolfe at UST re: open items including certificates of insurance | 0.30 | 375.000 | 112.50 |
| | | 07/06/10 | review B26 format sent by Tom and respond re: necessary additions thereto | 0.40 | 375.000 | 150.00 |
| | | 07/08/10 | 341 meeting and brief meeting thereafter with client | 1.20 | 375.000 | 450.00 --$225 |
| | | 07/10/10 | review additional B26 information and talk to Tom about it so that it will be correct. | 0.20 | 375.000 | 75.00 |
| | | 07/12/10 | prepare amended SOFA and declaration and send to Tom with explanation so we can file | 0.30 | 375.000 | 112.50 |
| | | 07/29/10 | call back to Janette at BOA regarding continued effort to rope the Home equity line of credit (HELOC) into the settlement with the first mortgage | 0.10 | 375.000 | 37.50 |
| | | 08/02/10 | tc with UST re: plan status date - no problem moving it but they (Steve Wolfe) does not know what chambers means by a "statement" | 0.20 | 375.000 | 75.00 |
| | | 08/04/10 | letter to S Wolfe confirming reschedule of status | 0.10 | 375.000 | 37.50 |
| | | 08/10/10 | call from Janette who advised that HELOC is "charged off" and closed and therefore it is not possible to negotiate a "modification" of the open note. Conference in Michael Robles in recovery department 1-714-792-9424 (michael.e.robles@bankofamerica.com... who is contacting Steve Ferenchiak in bankruptcy department (he is in No. Carolina and we have talked to him | 0.30 | 375.000 | 112.50 |

# Time Sheet Report

## Trustee: DEBORAH K. EBNER (330488)
### Period: 05/27/10 - 10/22/10

| Case No: | 10-24326 | Case Name: | Thomas Roszak (CHP 11) | | Petition Date: | 05/27/10 |
|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | Deborah K. Ebner, Attorney | | already). Steve can be reached at 1-336-335-5765. Either Steve or Michael will call back this afternoon. | | | |
| | | 08/10/10 | call to Tom advising of BOA status…and reminding him that I need operating statements | 0.10 | 375.000 | 37.50 |
| | | 08/11/10 | review client e-mails | 0.10 | 375.000 | 37.50 |
| | | 08/12/10 | memo to Tom re: due dates for operating agreements | 0.10 | 375.000 | 37.50 |
| | | 08/13/10 | various e-mails to and from Tom regarding operating reports, including re-review of B-26 package. | 0.30 | 375.000 | 112.50 |
| | | 08/16/10 | receipt and preliminary review of operating report for June; e-mail to Tom requesting a call back regarding some issues relatng to same before I can file them | 0.30 | 375.000 | 112.50 |
| | | 08/19/10 | review revised June operating report received from client's in house book keeper and e-mail back questions for her to answer and ask her to call as I don't understand some entries | 0.30 | 375.000 | 112.50 |
| | | 08/25/10 | detailed conversation with Kasha, TR inhouse accountant, re: operating reports and related issues. Overviewed June, discuss July numbers and potentially August to date. | 1.00 | 375.000 | 375.00 |
| | | 08/25/10 | additional work with Kasha re: operating reports | 0.30 | 375.000 | 112.50 |
| | | 08/26/10 | status tm to UST | 0.10 | 375.000 | 37.50 |
| | | 09/16/10 | tc to Rick Fogel re: rents due his prior Chapter 7 estate; overview of all facts - I'll send a confirming letter.. He is not going to administer this..and confirms that he is fine with Tom directing the one remaining tenant to pay rent to the association for assesments | 0.20 | 375.000 | 75.00 |
| | | 09/20/10 | memorialize letter to Rick Fogel re: leases and rents | 0.20 | 375.000 | 75.00 |
| | | 10/05/10 | status call with Tom | 0.10 | 375.000 | 37.50 |
| | | 10/08/10 | tc with Tom to give him status and get him to get cancelled checks from David Gall | 0.10 | 375.000 | 37.50 |
| | | 10/18/10 | review of Tom's August and September opertaing reports (.2) ; dictate letter to client to ensure compliance with UST disbursement requirements before case dismissal and talk to Tom re: same (.1) | 0.30 | 375.000 | 112.50 |
| | | | | 19.80 | | $7,425.00 |

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 05/27/10 - 10/22/10**

| Case No: | 10-24326 | Case Name: | Thomas Roszak (CHP 11) | | Petition Date: | 05/27/10 |
|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | Subtotal for Category: CASE ADMINISTRATION | | | 19.80 | | $7,425.00 |
| CLAIMS ADMINISTRATION | Deborah K. Ebner, Attorney | 06/04/10 | dictate Motion to set prepetition bar date | 0.80 | 375.000 | 300.00 |
| | | 06/06/10 | Draft Bar Date Motion and related pleadings. | 1.00 | 375.000 | 375.00 |
| | | 06/16/10 | final edits to motion to set bar date | 0.30 | 375.000 | 112.00 |
| | | 07/07/10 | review claims filed - City of Evanston - 10.00 worth of parking tickets. | 0.10 | 375.000 | 37.50 |
| | | 07/26/10 | review tax claim and forward to accountant | 0.20 | 375.000 | 75.00 |
| | | 08/27/10 | call to Sienna lawyer re: structured dismissal: call to Donald Wallin re: w/drawal of claim; draft letter to Don Wallin and prepare his withdrawal of claim. | 0.80 | 375.000 | 300.00 |
| | | 08/27/10 | tc w/ TR re: Sienna discussion re: claim | 0.10 | 375.000 | 37.50 |
| | | 08/30/10 | tc with Michelle Novick who reps Sienna re: amount of their claim, case status and discussion re: tenant accusations | 0.30 | 375.000 | 112.50 |
| | | 08/30/10 | tm with Michelle Novick re: issues with Sienna Management re: allowing continued possession of premises when tenant is not paying when possession tender was supposed to be for purpose of creating a mechanism for Sienna and Tom to have the current assessments paid. | 0.10 | 375.000 | 37.50 |
| | | 08/30/10 | numerous e-mails (receipt and response) from client regarding language of BOA stip, Order new proposed notes and phone calls regarding same. Also discussion regarding claim balance, Sienna receipt of check but not cashed and date of sherrif sale of the other condo and need to reduce the Sienna claim by assessments allocated to that parcel since Tom was not in title as we noted in the schedules. | 0.30 | 375.000 | 112.50 |
| | | 09/01/10 | review e-mail chains and communications with attys for Sienna and with Tom re: non paying tenants. | 0.30 | 375.000 | 112.50 |
| | | 09/01/10 | e-mails to Sienna attys and tm to Michelle Novick re: rent /assessment issue | 0.20 | 375.000 | 75.00 |
| | | 09/01/10 | call with TR re: resolution of rent /assessment issue | 0.10 | 375.000 | 37.50 |
| | | 09/02/10 | review e-mails regarding David Gall and brief call to client; thereafter call to Michelle Novick re: payment of assessment on Gall residence and creation of possession letter with notice and leasing/eviction remedies to prevent this happening on a go forward basis. | 0.30 | 375.000 | 112.50 |

④

−$37.50

Printed: 10/22/10 01:30 PM

Page: 5

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 05/27/10 - 10/22/10**

| Case No: | 10-24326 | Case Name: | Thomas Roszak (CHP 11) | | Petition Date: | 05/27/10 |
|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | |

| Category | Staff Name | | | | |
|---|---|---|---|---|---|
| CLAIMS ADMINISTRATION | Deborah K. Ebner, Attorney | | | | |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 09/03/10 | tc with TR (.2) and thereafter develop language for resolution of condo assc claim | 0.60 | 375.000 | 225.00 |
| 09/13/10 | draft objection, order and notice to Wallin claim | 0.50 | 375.000 | 187.50 ~187.90~ |
| 09/14/10 | edit Wallin claim objection | 0.30 | 375.000 | 112.50 ~112.80~ |
| 09/15/10 | tc with Michelle Novick (Sienna) re: claims, etc | 0.30 | 375.000 | 112.50 |
| 09/20/10 | tc from Michelle N. re: sienna claim , very lengthy and agitated.. they seem to be pursuing discharged claims. (.4) Follow-up with Tom: Final edits to Motion to dismiss and removal of suggestion of release language re: Sienna and discuss with Tom. (.3) | 0.70 | 375.000 | 262.50 |
| 09/21/10 | call to Scott Weingart - Tom's accountant and thereafter tm to Steve Wolfe to answer any questions that he may have re: motion to dismiss | 0.20 | 375.000 | 75.00  −$37.5 |
| 09/21/10 | followup conversation with Michelle Novick re: claim resolution | 0.30 | 375.000 | 112.50 |
| 09/23/10 | communications to Sienna atty re: claim and tardy deposit etc - they can't increase their claim just because they did not negotiate the check when it was in their possession and control | 0.20 | 375.000 | 75.00 |
| 09/23/10 | review Sienna claim briefly and send to Tom with a note. | 0.20 | 375.000 | 75.00 |
| 09/29/10 | tc with Tom re: First USA : review claim docket and observe filed poc from first USA on the 27th; tm wo Lauren Newman who filed the claim | 0.30 | 375.000 | 112.50 |
| 09/30/10 | call to Lauren Newman re: USA bank position | 0.20 | 375.000 | 75.00 |
| 09/30/10 | tc with Tom re: USA Bank | 0.20 | 375.000 | 75.00 |
| 09/30/10 | e-mail back to Tom and tc w/ him re: US Bank issue | 0.10 | 375.000 | 37.50 |
| 09/30/10 | draft memo to Lauren Newman regarding case law analysis of settlement basis: The Inman decision is for Chapter 7 consumer case- a Chapter 11 parrallels chapter 13. | 0.50 | 375.000 | 187.50 |
| 10/04/10 | settlement discussion with Lauren Newman | 0.30 | 375.000 | 112.50 |
| 10/06/10 | tc with Lauren Newman on behalf of USBank | 0.20 | 375.000 | 75.00 |
| 10/08/10 | conclude negotiations with Lauren Newman | 0.30 | 375.000 | 112.50 |
| 10/08/10 | tc with Mitch Lieberman who reps BOA on the first | 0.20 | 375.000 | 75.00  $75 |
| 10/08/10 | review all POC's filed by BOA (2) and US Bank | 0.40 | 375.000 | 150.00 |
| 10/11/10 | tc's (many to BOA ) to locate atty Lawrence Buckley who signed the BOA for the second position. Finally found Mike Williams at 214-550-3967 - his partner - healthy conversation but he knows nothing about this... he promises to call | 1.00 | 375.000 | 375.00 |

# Time Sheet Report
## Trustee: DEBORAH K. EBNER (330488)
### Period: 05/27/10 - 10/22/10

| Case No: | 10-24326 | Case Name: | Thomas Roszak (CHP 11) | | Petition Date: 05/27/10 |
|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | | to patch in Michael .. no luck | | | 112.50 |
| | | 08/19/10 | tc (extensive with Michael at BOA) and followup e-mail with recommendation and strip off to client | 0.30 | 375.000 | 75.00 |
| | | 08/20/10 | Call from Janette at BOA re: loan modification of first, terms and continuing issues with coordinating HELOC into the first mortgage settlement | 0.20 | 375.000 | 112.50 |
| | | 08/23/10 | tc with BOA re: status and quick call to advise Tom. | 0.30 | 375.000 | 112.50 |
| | | 08/23/10 | partial analysis of structured settlement options | 0.30 | 375.000 | 75.00 |
| | | 08/26/10 | more calls to Mike and Janette at BOA - still no response on HELOC | 0.20 | 375.000 | 112.50 |
| | | 08/27/10 | call from BOA - Mike Robles re: confirmation of agreement to strip off lien in exchange for $40,000.00: call to Tom | 0.30 | 375.000 | 1,425.00 |
| | | 08/27/10 | commence preparation of first draft structured dismissal motion and stipulation. Also call to Sienna atty with request for accurate claim; e-mail to Nancy Temple to request definitive resolution of AG action liability. | 3.80 | 375.000 | |
| | | 08/27/10 | dictate acceptance letter to BOA subject to court approval of $40,000.00 second 40 year mortgage in exchange for strip off of the second posiiton. | 0.20 | 375.000 | 75.00 |
| | | 08/30/10 | confirming call from Janette: tm and e-mail to TR re: monthly trial modification payments | 0.20 | 375.000 | 75.00 |
| | | 08/30/10 | dictate loan modification letter to Tom and Janette | 0.40 | 375.000 | 150.00 |
| | | 08/30/10 | tc with TR re: more on modification | 0.10 | 375.000 | 37.50 |
| | | 08/31/10 | prepare first draft of stipulation | 1.00 | 375.000 | 375.00 |
| | | 08/31/10 | edits to Motion and Stip. Commence drafting Order | 1.30 | 375.000 | 487.50 |
| | | 09/01/10 | continued drafting revisions to motion for structured dismissal, stip and order | 3.00 | 375.000 | 1,125.00 |
| | | 09/01/10 | more edits | 1.00 | 375.000 | 375.00 |
| | | 09/02/10 | finishing touches on Motion (.2) , stip (.3) and Order and forward to client and BOA ; call to client to see where he is with US Bank (.1) | 0.60 | 375.000 | 225.00 |
| | | 09/03/10 | final edits after discussions with Tom and Janette at BOA re: coordination of 1st deal with HELOC (t/c .2 and edits .3) : dictate letter and forward final draft. (.2) | 0.70 | 375.000 | 262.50 |
| | | 09/07/10 | review e-mail from Janette (.2) and revise Motionstip and order to include all of her language and make certain that her changes do not ddisrupt the rest of the documents (.9) : attempt at call Robles again to confirm with him (.2) | 1.30 | 375.000 | 487.50 |

Handwritten annotations: "$142", "$375"